IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SALOMON ZACARIAS GREEN-VENAGAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | B-03-189 |
| A.G. WINFREY, et al. ) | |
| ) | |
| Respondents. ) | |

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**

The issues raised by the Petitioner herein are identical or similar to those recently addressed in <u>Salazar-Regino v. Trominski.</u>, No. CA B-02-045, and the cases that have been consolidated with it. <u>Salazar-Regino</u>, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of <u>Salazar-Regino</u>, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings in this case should be held

in abeyance pending a final resolution of <u>Salazar-Regino</u> and the consolidated cases.

                                                Respectfully submitted,

                                                MICHAEL T. SHELBY
                                                United States Attorney
                                                Southern District of Texas

                                                _____
                                                LISA M. PUTNAM
                                                Special Assistant U.S. Attorney
                                                P.O. Box 1711
                                                Harlingen, Texas 78551
                                                Tel:  (956) 389-7051
                                                Georgia Bar No. 590315
December 31, 2003                           Federal Bar No. 23937

**CERTIFICATE OF CONSULTATION**

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

*(signature)*
LISA M. PUTNAM
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Jodi Goodwin, Esquire
>1322 E. Tyler Ave.
>Harlingen, TX  78550

on this the 31st day of December, 2003.

*(signature)*
LISA M. PUTNAM
Special Assistant United States Attorney