## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 10/30/03

NAME OF SERVER (PRINT): Jodi Goodwin

TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CMRRR 7001 2510 0006 8915 9215

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/30/03

Signature of Server

Address of Server: 1322 E. Tyler Ave., Harlingen, TX 78550

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.