# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | |
|---|---|
| SALOMON ZACARIAS GREEN-VANEGAS § | |
| § | |
| VS. § | CIVIL NO. B-03-189 |
| § | |
| A.G. WINFREY, Interim Field Office Director § | |
| BICE, and JOHN ASHCROFT, Attorney § | |
| General of the United States § | |

## SHOW CAUSE ORDER

The parties are hereby **ORDERED** to show cause why this Court should not transfer the above-styled case to the Fifth Circuit pursuant to 8 U.S.C. § 1252 as amended by the Real ID Act, § 106, Pub. L. No. 109-13, 119 Stat. 231 (2005). The parties have until Friday, March 17, 2006, to file a response informing the Court whether it retains jurisdiction over this matter.

Signed in Brownsville, Texas, this 9th day of March, 2006.

Andrew S. Hanen
United States District Judge