IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SALOMON ZACARIAS GREEN-VANEGAS ) <br> ) <br> v. ) <br> ) CIVIL ACTION NO. B-03-189 <br> A.G. WINFREY, Interim Field Office Director ) <br>    BICE, and JOHN ASHCROFT, ) <br>    Attorney General of the United States. ) <br> ) <br> ) | |

**ORDER**

Upon consideration of Respondents' Unopposed Motion to Transfer,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is transferred to the Fifth Circuit Court of Appeals.

Dated this _____ day of _____, 2006, in Brownsville, Texas.

_____
United States District Court Judge