United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| SALOMON ZACARIAS GREEN-VANEGAS | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. B-03-189 |
| A.G. WINFREY, Interim Field Office Director | ) | |
| BICE, and JOHN ASHCROFT, | ) | |
| Attorney General of the United States. | ) | |
| | ) | |

**ORDER**

Upon consideration of Respondents' Unopposed Motion to Transfer,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is

transferred to the Fifth Circuit Court of Appeals.

Dated this 22 day of March , 2006, in Brownsville, Texas.

_____
United States District Court Judge