# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**March 22, 2006**

Mr. Charles R. Fulbruge, III, Clerk  
U.S. Court of Appeals - Fifth Circuit  
600 Camp Street, Room 102  
New Orleans, Louisiana 70130

Re: **Salomon Zacarias Gree-Vanegas**

vs.

**A.G. Winfrey, et al**

**CA B-03-189**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of _1_ Volume(s) of the record; _0_ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____

_____U.S. District Judge Andrew S. Hanen_____

[ ] Court reporter assigned to this case is_____  
[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: /s/ Bertha Vasquez  
Bertha A. Vasquez, Deputy Clerk

cc:   File