UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED
APR 2 4 2006
Michael N. Milby
Clerk of Court

March 22, 2006

Mr. Charles R. Fulbruge, III, Clerk　　　Re:　　**Salomon Zacarias Green Vanegas**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102　　　　　　　　　vs.
New Orleans, Louisiana 70130

　　　　　　　　　　　　　　　　　　　　　　**A.G. Winfrey, et al**

　　　　　　　　　　　　　　　　　　　　　　**CA B-03-189**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of _1_ Volume(s) of the record; _0_ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____

　　　U.S. District Judge Andrew S. Hanen

[ ] Court reporter assigned to this case is_____
[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

　　　　　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　　　　　MICHAEL N. MILBY, CLERK

　　　　　　　　　　　　　　　　　　　　　　BY: _Bertha Vasquez_
　　　　　　　　　　　　　　　　　　　　　　　　Bertha A. Vasquez, Deputy Clerk

cc:　　File

U.S. COURT OF APPEALS
RECEIVED
MAR 2 4 2006
NEW ORLEANS, LA.